B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pali Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8160735** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**650 Fifth Avenue, 6th Floor**<br>**New York, NY**<br>ZIP Code **10019** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pali Holdings, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br><br>      _____<br>      (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pali Holdings, Inc.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Mark S. Indelicato**
Signature of Attorney for Debtor(s)

**Mark S. Indelicato**
Printed Name of Attorney for Debtor(s)

**Hahn & Hessen LLP**
Firm Name

**488 Madison Avenue**
**New York, NY 10022**

_____
Address

**212-478-7200  Fax: 212-478-7400**
Telephone Number

**April 1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Gerald Burke**
Signature of Authorized Individual

**Gerald Burke**
Printed Name of Authorized Individual

**Director of Pali Holdings, Inc.**
Title of Authorized Individual

**April 1, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.**          Case No. _____

                        Debtor(s)       Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mandeville Holding Ventures Co**<br>**Ave.Balboa y Calle**<br>**41 E. Bella Vista**<br>**Panama, Republic of Panama** | **Mandeville Holding Ventures Co**<br>**Ave.Balboa y Calle**<br>**41 E. Bella Vista**<br>**Panama, Republic of Panama** | **c/o Grupo Mundial** | | **20,000,000.00** |
| **JPMorgan Chase**<br>**Attn: Joe Triarsi**<br>**1 Chase Manhattan Plaza**<br>**New York, NY 10005-1401** | **JPMorgan Chase**<br>**Attn: Joe Triarsi**<br>**1 Chase Manhattan Plaza**<br>**New York, NY 10005-1401** | | | **4,500,000.00** |
| **GE Capital Corporation**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** | **GE Capital Corporation**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** | | **Disputed** | **1,410,247.40** |
| **Quadra Global Holdings, LLC**<br>**601 Union St.**<br>**Suite 4223**<br>**Seattle, WA 98101** | **Quadra Global Holdings, LLC**<br>**601 Union St**<br>**Suite 4223**<br>**Seattle, WA 98101** | | | **1,260,000.00** |
| **Mitchell Kopin**<br>**3100 Dundee Road**<br>**Suite 703**<br>**Northbrook, IL 60062** | **Mitchell Kopin**<br>**3100 Dundee Road**<br>**Suite 703**<br>**Northbrook, IL 60062** | | | **420,000.00** |
| **Leon Brenner**<br>**75 Monte Carlo**<br>**15 Boulevard Louis 11**<br>**Monaco, MC 98000** | **Leon Brenner**<br>**75 Monte Carlo**<br>**15 Boulevard Louis 11**<br>**Monaco, MC 98000** | | | **420,000.00** |
| **Internal Revenue Services**<br>**10th Street & Pennsylvania Ave**<br>**Washington, DC 20004** | **Internal Revenue Services**<br>**10th Street & Pennsylvania Ave**<br>**Washington, DC 20004** | | **Disputed** | **400,000.00** |
| **Jarno, Ltd. (Attn: R. Wieder)**<br>**c/o Bryan Cave LLP**<br>**33 Cannon Street**<br>**London, EC4M5TE, UK** | **Jarno, Ltd. (Attn: R. Wieder)**<br>**c/o Bryan Cave**<br>**33 Cannon Street**<br>**London, EC4M5TE, UK** | | | **315,000.00** |
| **Martin Peters**<br>**7-10 Chandos Street**<br>**3rd Floor**<br>**London W1G9DQ, UK** | **Martin Peters**<br>**7-10 Chandos Street**<br>**3rd Floor**<br>**London W1G9DQ, UK** | | | **189,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Pali Holdings, Inc.** _____  Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ari Nathan<br>25 West Houston Street<br>Apt. 5C<br>New York, NY 10012 | Ari Nathan<br>25 West Houston Street<br>Apt. 5C<br>New York, NY 10012 | Capital Stock of<br>Pali Capital | | 300,000.00<br><br>(Unknown secured) |
| Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 | Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 | | Disputed | Unknown |
| Baker McKenzie<br>1114 Avenue of the Americas<br>New York, NY 10036 | Baker McKenzie<br>1114 Avenue of the Americas<br>New York, NY 10036 | | Disputed | Unknown |
| Bert Cohen<br>5000-4A Estate Enighed #65<br>St John, VI 00830 | Bert Cohen<br>5000-4A Estate Enighed #65<br>St John, VI 00830 | Capital Stock of<br>Pali Capital | | 350,000.00<br><br>(Unknown secured) |
| Brian Lapin<br>300 East 77th Street<br>Apt. 20B<br>New York, NY 10021 | Brian Lapin<br>300 East 77th Street<br>Apt. 20B<br>New York, NY 10021 | Capital Stock of<br>Pali Capital | | 200,000.00<br><br>(Unknown secured) |
| Caplin & Drysdale<br>375 Park Avenue<br>New York, NY 10152 | Caplin & Drysdale<br>375 Park Avenue<br>New York, NY 10152 | | Disputed | Unknown |
| Driscoll & Redlich<br>821 Fifth Avenue<br>Suite 3300<br>New York, NY 10175 | Driscoll & Redlich<br>821 Fifth Avenue<br>Suite 3300<br>New York, NY 10175 | | Disputed | Unknown |
| Edward Sugar<br>785 Fifth Avenue<br>Apt. 11C<br>New York, NY 10022 | Edward Sugar<br>785 Fifth Avenue<br>Apt. 11C<br>New York, NY 10022 | Capital Stock of<br>Pali Capital | | 150,000.00<br><br>(Unknown secured) |
| Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd.<br>9th Floor<br>Beverly Hills, CA 90212 | Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd<br>9th Fl.<br>Beverly Hills, CA 90212 | | Disputed | Unknown |
| J.H. Cohn<br>100 Jericho Quadrangle<br>Suite 223<br>Jericho, NY 11753 | J.H. Cohn<br>100 Jericho Quadrangle<br>Suite 223<br>Jericho, NY 11753 | | Disputed | Unknown |
| Jenner & Block<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022 | Jenner & Block<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022 | | | Unknown |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Pali Holdings, Inc.**                                         Case No.                      

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of Pali Holdings, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 1, 2010**                        Signature    **/s/ Gerald Burke**

                                                      **Gerald Burke**
                                                      **Director of Pali Holdings, Inc.**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.**                         ,      Case No. _____

                                                     Debtor

                                                          Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 716,257.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,850,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 28,914,247.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 716,257.35 | | |
| | | Total Liabilities | | 31,764,247.40 | |

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.** _____,   Case No. _____

                                             Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re **Pali Holdings, Inc.**           Case No. _____
                                                 ,
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Pali Holdings, Inc.**                                                    , Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank Escrow Account | - | 984.51 |
| | | Citibank Money Market Account | - | 422.10 |
| | | Citibank Checking Account | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lloyds (Primary) -Directors and Officers and Company Liability Policy (Policy# NA082488) | - | Unknown |
| | | XL - Excess Directors and Officers Liability Insurance (Policy# ELU111931-09) | - | Unknown |
| | | Liberty Mutual - Excess Directors and Officers Liability Insurance (Policy# DO4N677048002) | - | Unknown |
| | | CNA- Excess Directors and Officers Liability Insurance (Policy# 287259346) | - | Unknown |

Sub-Total >          **1,406.61**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Pali Holdings, Inc.**                             ,      Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of Pali GmbH** | - | **Unknown** |
| | | **100% of Pali Performance** | - | **Unknown** |
| | | **100% of Pali Futures** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Bradley T. Berk Employee Advance - Payable monthly via payroll deduction** | - | **318,427.44** |
| | | **Brian Fisher Employee Advance - Payable monthly via payroll deduction** | - | **101,590.80** |
| | | **Kevin Fisher Employee Advance - Payable monthly via payroll deduction** | - | **107,732.50** |
| | | **Ross McMeekin recourse loan from 2007 Private Placement** | - | **52,100.00** |
| | | **David Peebler recourse loan from 2007 Private Placement** | - | **105,000.00** |

                                         Sub-Total >       **684,850.74**
                                     (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Pali Holdings, Inc.**                                       ,      Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **William Barr recourse loan from 2007 Private Placement** | **-** | **30,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **D&O Liability Claim** <br><br> **IRS Tax Refund - 2009** | **-** <br><br> **-** | **Unknown** <br><br> **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Palicapital.com** <br><br> **pali.com** | **-** <br><br> **-** | **Unknown** <br><br> **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | **X** | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | **X** | | | |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |

                                          Sub-Total >       **30,000.00**
                                       (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Pali Holdings, Inc.** _____ ,      Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **716,257.35**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Pali Holdings, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Capital Stock of Pali Capital | | | | | |
| Ari Nathan 25 West Houston Street Apt. 5C New York, NY 10012 | | - | | | | | | | |
| | | | | Value $         **Unknown** | | | | **300,000.00** | **Unknown** |
| Account No. | | | | Capital Stock of Pali Capital | | | | | |
| Bert Cohen 5000-4A Estate Enighed #65 St John, VI 00830 | | - | | | | | | | |
| | | | | Value $         **Unknown** | | | | **350,000.00** | **Unknown** |
| Account No. | | | | Capital Stock of Pali Capital | | | | | |
| Brian Lapin 300 East 77th Street Apt. 20B New York, NY 10021 | | - | | | | | | | |
| | | | | Value $         **Unknown** | | | | **200,000.00** | **Unknown** |
| Account No. | | | | Capital Stock of Pali Capital | | | | | |
| Edward Sugar 785 Fifth Avenue Apt. 11C New York, NY 10022 | | - | | | | | | | |
| | | | | Value $         **Unknown** | | | | **150,000.00** | **Unknown** |

**2** continuation sheets attached

Subtotal
(Total of this page)                     **1,000,000.00**          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Pali Holdings, Inc.** _____,   Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kevin Fisher**<br>**25 N. Moore Street**<br>**Apt. 15B**<br>**New York, NY 10013** | - | | **Capital Stock of Pali Capital**<br><br>Value $         **Unknown** | | | | **300,000.00** | **Unknown** |
| Account No.<br><br>**Leon Brenner**<br>**75 Monte Carlo**<br>**15 Boulevard Louis 11**<br>**Monaco, MC 98000** | - | | **Capital Stock of Pali Capital**<br><br>Value $         **Unknown** | | | | **350,000.00** | **Unknown** |
| Account No.<br><br>**Michael Towey**<br>**15 Pennoyer Street**<br>**Rawaton, CT 06853** | - | | **Capital Stock of Pali Capital**<br><br>Value $         **Unknown** | | | | **300,000.00** | **Unknown** |
| Account No.<br><br>**Richard Greenfield**<br>**111 East 85th Street**<br>**Apt. 30D**<br>**New York, NY 10128** | - | | **Capital Stock of Pali Capital**<br><br>Value $         **Unknown** | | | | **300,000.00** | **Unknown** |
| Account No.<br><br>**Savile Opportunity Fund**<br>**150 E. 58th Street**<br>**28th Floor**<br>**New York, NY 10156** | - | | **Capital Stock of Pali Capital**<br><br>Value $         **Unknown** | | | | **350,000.00** | **Unknown** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  |  **1,600,000.00**  |  **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Pali Holdings, Inc.** _____, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Walter Piecyk** <br> **8 Hallock Place** <br> **Armonk, NY 10504** | - | | **Capital Stock of Pali Capital** <br><br><br> Value $ **Unknown** | | | | **250,000.00** | **Unknown** |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 250,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,850,000.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re    **Pali Holdings, Inc.**                                                                                    ,        Case No. _____
                                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    0    </u>  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re __Pali Holdings, Inc.__ _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | |
| Account No. **23223.002, 23223.003** <br><br> **Arnold & Porter LLP** <br> **399 Park Avenue** <br> **New York, NY 10022** | | - | | | | | | X | **Unknown** |
| Account No. **1114578,1109545,1113281,110569** <br><br> **Baker McKenzie** <br> **1114 Avenue of the Americas** <br> **New York, NY 10036** | | - | | | | | | X | **Unknown** |
| Account No. **6772** <br><br> **Caplin & Drysdale** <br> **375 Park Avenue** <br> **New York, NY 10152** | | - | | | | | | X | **Unknown** |
| Account No. **13-3765118** <br><br> **Driscoll & Redlich** <br> **821 Fifth Avenue** <br> **Suite 3300** <br> **New York, NY 10175** | | - | | | | | | X | **Unknown** |

___4___ continuation sheets attached

Subtotal (Total of this page) — **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:26406-100105   Best Case Bankruptcy

4/01/10 5:35PM

In re __Pali Holdings, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ervin Cohen & Jessup LLP 9401 Wilshire Blvd. 9th Floor Beverly Hills, CA 90212 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| GE Capital Corporation 10 Riverview Drive Danbury, CT 06810 | - | | | | | | X | 1,410,247.40 |
| Account No. | | | | | | | | |
| Internal Revenue Services 10th Street & Pennsylvania Ave Washington, DC 20004 | - | | | | | | X | 400,000.00 |
| Account No. 1705940.811 | | | | | | | | |
| J.H. Cohn 100 Jericho Quadrangle Suite 223 Jericho, NY 11753 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Jarno, Ltd. (Attn: R. Wieder) c/o Bryan Cave LLP 33 Cannon Street London, EC4M5TE, UK | - | | | | | | | 315,000.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,125,247.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Pali Holdings, Inc.** ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **49032** | | | | | | | | |
| Jenner & Block 919 Third Avenue 37th Floor New York, NY 10022 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| JPMorgan Chase Attn: Joe Triarsi 1 Chase Manhattan Plaza New York, NY 10005-1401 | - | | | | | | | 4,500,000.00 |
| Account No. | | | | | | | | |
| KPMG 345 Park Ave. New York, NY 10154 | - | | | | | | X | Unknown |
| Account No. **061020-00011** | | | | | | | | |
| Kramer Levin 1177 Avenue of the Americas New York, NY 10036 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Leon Brenner 75 Monte Carlo 15 Boulevard Louis 11 Monaco, MC 98000 | - | | | | | | | 420,000.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **4,920,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Pali Holdings, Inc.** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | c/o Grupo Mundial | | | | |
| **Mandeville Holding Ventures Co Ave.Balboa y Calle 41 E. Bella Vista Panama, Republic of Panama** | - | | | | | | **20,000,000.00** |
| Account No. | | | | | | | |
| **Martin Peters 7-10 Chandos Street 3rd Floor London W1G9DQ, UK** | - | | | | | | **189,000.00** |
| Account No. | | | | | | | |
| **Mitchell Kopin 3100 Dundee Road Suite 703 Northbrook, IL 60062** | - | | | | | | **420,000.00** |
| Account No. | | | | | | | |
| **P1 Duke Street Limited Cavendish House 18 Cavendish Square London W1G 0PJ, UK** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Pali Capital, Inc. 650 Fifth Avenue New York, NY 10019** | - | | | | | | **Unknown** |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,609,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Pali Holdings, Inc.** _____ , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Quadra Global Holdings, LLC** <br> **601 Union St.** <br> **Suite 4223** <br> **Seattle, WA 98101** | - | | | | | | | **1,260,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,260,000.00** |
| | Total (Report on Summary of Schedules) | **28,914,247.40** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

4/01/10 5:35PM

B6G (Official Form 6G) (12/07)

In re  **Pali Holdings, Inc.**
_____,    Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Pali Holdings, Inc.**                        ,     Case No. _____

                                       Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bradley C. Reifler**<br>**c/o Pali Holdings, Inc.**<br>**650 Fifth Avenue**<br>**New York, NY 10019**<br>  **Reifler is guarantor of Pali Holdings 4,500,000**<br>**loan** | **JPMorgan Chase**<br>**1 Chase Manhattan Plaza**<br>**Attn: Joe Triarsi**<br>**New York, NY 10005-1401** |
| **Pali Capital, Inc.**<br>**650 Fifth Avenue**<br>**New York, NY 10019**<br>  **Pali Holdings is guarantor of Pali Capital's**<br>**equipment lease with GE** | **GE Capital Corporation**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** |
| **Pali International Limited**<br>**3rd Floor**<br>**7-10 Chandos Street**<br>**London W1G 9DQ, UK**<br>  **Pali Holdings is guarantor of the lease for**<br>**Second Floor, 6 Duke Street, St James's, London**<br>**SW1** | **P1 Duke Street Limited**<br>**Cavendish House**<br>**18 Cavendish Square**<br>**London W1G 0PJ, UK** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

4/01/10 5:36PM

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.**                                Case No. _____

                                      Debtor(s)             Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Director of Pali Holdings, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **18**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 1, 2010**                          Signature     **/s/ Gerald Burke** _____

                                                           **Gerald Burke**
                                                           **Director of Pali Holdings, Inc.**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.**                                                    Case No.

_____          _____
                                        Debtor(s)                Chapter        **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 150,000.00 |
| Prior to the filing of this statement I have received | $ | 150,000.00 |
| Balance Due | $ | 0.00 |

2.    $ **1,038.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **April  1, 2010**                              **/s/ Mark S. Indelicato**
_____          **Mark S. Indelicato**
                                                         **Hahn & Hessen LLP**
                                                         **488 Madison Avenue**
                                                         **New York, NY 10022**
                                                         **212-478-7200  Fax: 212-478-7400**

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.** _____,   Case No. _____

                                                  Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ameur Investors LLC**<br>**Attn: Steven Spector**<br>**150 S. Wacker Dr., Ste. 1200**<br>**Chicago, IL 60025** | **Common Stock** | **158,405** | |
| **Ameur Investors, LLC**<br>**Attn: Steven Spector**<br>**150 S. Wacker Drive, Ste. 1200**<br>**Chicago, IL 60025** | **Common Stock** | **158,406** | |
| **Ari Nathan**<br>**25 W. Houston**<br>**Apt. 5C**<br>**New York, NY 10012** | **Common Stock** | **3,428** | |
| **Bert Cohen**<br>**5000-4A Estate Enighed #65**<br>**St John, VI 00830** | **Common Stock** | **244,814** | |
| **Bradley C. Reifler**<br>**123 Fraleigh Hill Rd.**<br>**Millbrook, NY 12545** | **Common Stock** | **127,419** | |
| **Bradley C. Reifler**<br>**123 Fraleigh Hill Rd.**<br>**Millbrook, NY 12545** | **Common Stock** | **11,000** | |
| **Bradley C. Reifler Family Trst**<br>**Attn: Bradley C. Reifler**<br>**650 Fifth Avenue, 6th Floor**<br>**New York, NY 10019** | **Common Stock** | **163,119** | |
| **Brian Fisher**<br>**1 Dawson Court**<br>**West Harrison, NY 10604** | **Common Stock** | **3,333** | |
| **Brian Lapin**<br>**300 E. 77th Street**<br>**Apt. 20B**<br>**New York, NY 10021** | **Common Stock** | **1,714** | |
| **Brian McDonald**<br>**8 Scenic Drive**<br>**South Salem, NY 10590** | **Common Stock** | **2,571** | |

   **3** ____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Pali Holdings, Inc.** _____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher Allen<br>119 Wickhom Rd.<br>Garden City, NY 11530 | Common Stock | 3,500 | |
| Don Engel<br>570 Park Avenue<br>Apt. 2B<br>New York, NY 10021 | Common Stock | 28,572 | |
| Douglas Sipkin<br>101 Warren Street<br>Apt. 820<br>New York, NY 10007 | Common Stock | 857 | |
| Ed Majewski<br>65 Jacques Ave.<br>Staten Island, NY 10306 | Common Stock | 857 | |
| Freedman Family Trust U/A/D<br>c/o Ervin, Cohen & Jessup LLP<br>9401 Wilshire Blvd - 9th Floor<br>Beverly Hills, CA 90212 | Common Stock | 16,000 | |
| George Maroig Tagle<br>900 Park Avenue<br>Apt. 3B<br>New York, NY 10075 | Common Stock | 1,500 | |
| Harvey Eisen<br>Bedford Oak Partners<br>100 South Bedford Rd.<br>Mount Kisco, NY 10549 | Common Stock | 16,000 | |
| Hilary Bergman<br>225 E. 63rd Street<br>Apt. 4M<br>New York, NY 10021 | Common Stock | 4,285 | |
| Joe Abbatiello<br>3 Northern Drive<br>Upper Saddle River, NJ 07458 | Common Stock | 1,714 | |
| John Anthony Staddon | Common Stock | 75,200 | |
| John Fedders<br>1914 Sunderland Pl.<br>Washington, DC 20036-1608 | Common Stock | 1,429 | |
| John Staddon<br>Prime Capital Asset Mgt.<br>52 Brook Street<br>London W1K 5DS, UK | Common Stock | 56,811 | |

Sheet  **1**  of  **3**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Pali Holdings, Inc.**                                      ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Joshua Altschuler**<br>**29 Fairhaven Rd.**<br>**Newton Center, MA 02459** | **Common Stock** | **2,000** | |
| **Joshua Horowitz**<br>**250 E. 53rd Street**<br>**Apt. 407**<br>**New York, NY 10022** | **Comon Stock** | **2,000** | |
| **Kevin Fisher**<br>**25 N. Moore Street**<br>**Apt. 15B**<br>**New York, NY 10013** | **Common Stock** | **13,712** | |
| **Keyway Investments Ltd.**<br>**Goldie House, 3rd Floor**<br>**1-4 Goldie Ter. Upp. Church St**<br>**Douglas 1M1 1EB   I of M** | **Common Stock** | **41,600** | |
| **Leon Brener**<br>**44 Palmerston House**<br>**60 Kensington Place**<br>**London W8 7 PU, UK** | **Common Stock** | **100,816** | |
| **Michael Montalbano**<br>**301 E. 63rd Street**<br>**Apt. 2B**<br>**New York, NY 10065** | **Common Stock** | **1,400** | |
| **Mitchell Baruchowitz**<br>**75 Jackson Street**<br>**PH F**<br>**Hoboken, NJ 07030** | **Common Stock** | **350** | |
| **MM&B Holdings, LLC**<br>**The Ezralow Companies**<br>**23622 Calabasas Road**<br>**Calabasas, CA 91302** | **Common Stock** | **48,000** | |
| **Morag Puri**<br>**48 The Park**<br>**St. Albans**<br>**Herts AL4 RY, UK** | **Common Stock** | **16,162** | |
| **Nathaniel Ginor**<br>**215 W. 90th Street**<br>**Apt. 14E**<br>**New York, NY 10024** | **Common Stock** | **3,000** | |

Sheet  **2**  of  **3**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Pali Holdings, Inc.** _____,    Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Borish**<br>**115 Central Park West**<br>**Apt. 4C**<br>**New York, NY 10023** | **Common Stock** | **1,429** | |
| **Rajan Puri**<br>**48 The Park**<br>**St. Albans**<br>**Herts AL4 RY, UK** | **Common Stock** | **22,353** | |
| **Ronald A. Weinstein**<br>**4823 Lake Washington Blvd.**<br>**Kirkland, WA 98033** | **Common Stock** | **48,000** | |
| **Ronald A. Weinstein**<br>**4823 Lake Washington Blvd.**<br>**Kirkland, WA 98033** | **Common Stock** | **1,429** | |
| **Simon Russell**<br>**230 E. 28th St.**<br>**Apt. PHS**<br>**New York, NY 10017** | **Common Stock** | **2,000** | |
| **Stuart Sloan**<br>**1301 Fifth Avenue**<br>**Suite 3000**<br>**Seattle, WA 98033** | **Common Stock** | **48,000** | |
| **SZ Investments, LLC**<br>**Attn: Sam Zell**<br>**2 N. Riverside Plaza, Ste 600**<br>**Chicago, IL 60606** | **Common Stock** | **144,000** | |
| **TAMLA Ltd.**<br>**PO Box 10729, Ste.1/BofA Build**<br>**67 Fort. Street**<br>**Grand Cayman KY1-1007** | **Common Stock** | **14,286** | |
| **Tania Bowden**<br>**7 Montrose Villas**<br>**Chiswick Mall**<br>**London W69 TT, UK** | **Common Stock** | **19,412** | |
| **Tiina Marianne Staddon** | **Common Stock** | **112,800** | |
| **Victor Popovic** | **Common Stock** | **11,000** | |
| **WGS Management GmbH**<br>**Am Wiesengang 10**<br>**Att. Wolfgang Stolz**<br>**Konigstein, D-61462  Germany** | **Common Stock** | **244,812** | |

Sheet   **3**   of   **3**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re    **Pali Holdings, Inc.**                                ,      Case No. _____

                                       Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Director of Pali Holdings, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **April 1, 2010** _____      Signature **/s/ Gerald Burke** _____

                                                     **Gerald Burke**

                                                       **Director of Pali Holdings, Inc.**

       *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   **Pali Holdings, Inc.**        Case No.
                                         Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of Pali Holdings, Inc. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 1, 2010**                  **/s/ Gerald Burke**

                                                **Gerald Burke**/**Director of Pali Holdings, Inc.**
                                                  Signer/Title

Ari Nathan
25 West Houston Street
Apt. 5C
New York, NY 10012


Arnold & Porter LLP
399 Park Avenue
New York, NY 10022


Baker McKenzie
1114 Avenue of the Americas
New York, NY 10036


Bert Cohen
5000-4A Estate Enighed #65
St John, VI 00830


Bradley C. Reifler
c/o Pali Holdings, Inc.
650 Fifth Avenue
New York, NY 10019


Brian Lapin
300 East 77th Street
Apt. 20B
New York, NY 10021


Caplin & Drysdale
375 Park Avenue
New York, NY 10152


Driscoll & Redlich
821 Fifth Avenue
Suite 3300
New York, NY 10175


Edward Sugar
785 Fifth Avenue
Apt. 11C
New York, NY 10022


Ervin Cohen & Jessup LLP
9401 Wilshire Blvd.
9th Floor
Beverly Hills, CA 90212

```
GE Capital Corporation
10 Riverview Drive
Danbury, CT 06810


Internal Revenue Services
10th Street & Pennsylvania Ave
Washington, DC 20004


J.H. Cohn
100 Jericho Quadrangle
Suite 223
Jericho, NY 11753


Jarno, Ltd. (Attn: R. Wieder)
c/o Bryan Cave LLP
33 Cannon Street
London, EC4M5TE, UK


Jenner & Block
919 Third Avenue
37th Floor
New York, NY 10022


JPMorgan Chase
Attn: Joe Triarsi
1 Chase Manhattan Plaza
New York, NY 10005-1401


Kevin Fisher
25 N. Moore Street
Apt. 15B
New York, NY 10013


KPMG
345 Park Ave.
New York, NY 10154


Kramer Levin
1177 Avenue of the Americas
New York, NY 10036


Leon Brenner
75 Monte Carlo
15 Boulevard Louis 11
Monaco, MC 98000
```

Mandeville Holding Ventures Co
Ave.Balboa y Calle
41 E. Bella Vista
Panama, Republic of Panama


Martin Peters
7-10 Chandos Street
3rd Floor
London W1G9DQ, UK


Michael Towey
15 Pennoyer Street
Rawaton, CT 06853


Mitchell Kopin
3100 Dundee Road
Suite 703
Northbrook, IL 60062


P1 Duke Street Limited
Cavendish House
18 Cavendish Square
London W1G 0PJ, UK


Pali Capital, Inc.
650 Fifth Avenue
New York, NY 10019


Pali International Limited
3rd Floor
7-10 Chandos Street
London W1G 9DQ, UK


Quadra Global Holdings, LLC
601 Union St.
Suite 4223
Seattle, WA 98101


Richard Greenfield
111 East 85th Street
Apt. 30D
New York, NY 10128

Savile Opportunity Fund
150 E. 58th Street
28th Floor
New York, NY 10156


Walter Piecyk
8 Hallock Place
Armonk, NY 10504

# United States Bankruptcy Court
## Southern District of New York

In re    **Pali Holdings, Inc.**                           Case No.

                                    Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pali Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<table>
<tr><td>April  1, 2010</td><td>**/s/ Mark S. Indelicato**</td></tr>
<tr><td>Date</td><td>**Mark S. Indelicato**</td></tr>
</table>

April  1, 2010

Date

**/s/ Mark S. Indelicato**

**Mark S. Indelicato**

Signature of Attorney or Litigant

Counsel for    **Pali Holdings, Inc.**

**Hahn & Hessen LLP**

**488 Madison Avenue**
**New York, NY 10022**
**212-478-7200 Fax:212-478-7400**